# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONALD JOE BARBER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No: 2:14-cv-1910-CLS-JEO |
| ) | |
| **WARDEN OF FEDERAL** ) | |
| **CORRECTIONAL INSTITUTION,** ) | |
| **OAKDALE, LOUISIANA, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on the petition for a writ of *habeas corpus* filed by petitioner Donald Joe Barber acting *pro se*. (Doc. no. 1). Barber challenges his criminal convictions in the Circuit Court of Jefferson County, Alabama. On November 28, 2017, the magistrate judge to whom the case is referred entered a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Barber's *habeas* petition be denied with prejudice. (Doc. no. 16). No objections to the R&R were filed, and the time in which to do so has now expired.[1]

---

[1] The court notes that the R&R was returned as "not deliverable" to Barber's last known address. (Doc. no. 17). However, Barber did not provide the court with any other address and a search of the websites for the Federal Bureau of Prisons and the Alabama Department of Corrections do not evidence that he is incarcerated at this time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, **ADOPTED,** and his recommendation is **ACCEPTED**. As a result, the petition for writ of *habeas corpus* is due to be **DENIED and DISMISSED WITH PREJUDICE**. A separate final order will be entered.

**DONE** and **ORDERED** this 15th day of February, 2018.

_____
United States District Judge